MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONJA SUAESI MATAAFA,<br><br>Defendant. | No. 3:26-cr-00070-SLG-MMS<br><br><u>COUNTS 1-3</u>:<br>DISTRIBUTION OF CONTROLLED SUBSTANCES<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), (B), and (C)<br><br><u>COUNT 4:</u><br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (C)<br><br><u>COUNT 5</u>:<br>POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br><u>CRIMINAL FORFEITURE ALLEGATION 1</u>:<br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |


Case 3:26-cr-00070-SLG-MMS Document 2 Filed 03/19/26 Page 1 of 6

CRIMINAL FORFEITURE ALLEGATION 2:
21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a)

## INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about July 31, 2025, within the District of Alaska, the defendant, SONJA SUAESI MATAAFA, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving a mixture and substance containing 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) and (C).

COUNT 2

On or about August 5, 2025, within the District of Alaska, the defendant, SONJA SUAESI MATAAFA, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

//

//


Case 3:26-cr-00070-SLG-MMS *SEALED* Document 2 Filed 08/19/26 Page 2 of 6

COUNT 3

On or about September 18, 2025, within the District of Alaska, the defendant, SONJA SUAESI MATAAFA, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving a mixture and substance containing 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

COUNT 4

On or about September 18, 2025, within the District of Arizona, the District of Alaska and elsewhere, the defendant, SONJA SUAESI MATAAFA, did knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (C).

COUNT 5

On or about September 18, 2025, within the District of Alaska, the defendant, SONJA SUAESI MATAAFA, knowingly carried firearms, namely a Beretta APX 9mm pistol and a SCCY Industries CPX-2 9mm pistol, during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (C) as charged in Count 4, and possessed the firearms in furtherance of that

drug trafficking crime.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A), as set forth in Count 5 of this Indictment, the defendant, SONJA SUAESI MATAAFA, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

1. Beretta APX 9mm pistol, serial number A2CC102566;
2. SCCY Industries CPX-2 9mm pistol, serial number C413040;
3. 50 round box of Fiocchi 9mm ammunition;
4. 16 rounds of assorted 9mm ammunition; and
5. Any and all associated magazines, ammunition, and accessories.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation

of 21 U.S.C. § 841, the defendant, SONJA SUAESI MATAAFA, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

1. Beretta APX 9mm pistol, serial number A2CC102566;
2. SCCY Industries CPX-2 9mm pistol, serial number C413040;
3. 50 round box of Fiocchi 9mm ammunition;
4. 16 rounds of assorted 9mm ammunition; and
5. Any and all associated magazines, ammunition, and accessories.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: August 18, 2026