# UNITED STATES DISTRICT COURT

for the
District of Alaska

FID: 12006960
USMS:
Warrant:2606-0820-0477-J
NCIC: NO

UNITED STATES OF AMERICA
vs.
SONJA SUAESI MATAAFA
*Defendant*

Case Number: 3:26-CR-00070-SLG-MMS

## LAW ENFORCEMENT SENSITIVE ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Sonja Suaesi Mataafa ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Petition ☐ Supervised Release Petition ☐ Pretrial Petition ☐ Order of the Court

This offense is briefly described as follows:

Count 1-3: 21:841(a)(1), (b)(1)(A), (B) and (C) DISTRIBUTION OF CONTROLLED SUBSTANCES; Count 4: 21:841(a)(1), (b)(1)(A) and (C) POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES; Count 5: 18:924(c)(1)(A)(i) POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME.

Date: 8/20/2026

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

/s/Jessica D. Solnick
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice M. Duncan, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/20/2026 and the person was arrested on *(date)* 08/31/2026
at *(city and state)* Anchorage, AK .

Date: 09/02/2026

for Anchorage Police Department
*Arresting officer's signature*

G. Adrien (USMS) for B. Williams (ATF)
*Printed name and title*